UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| William and Susan Sattler, | ) |
| | ) |
| Plaintiffs, | ) Case No. 10-39266-mdm |
| | ) Chapter 7 |
| v. | ) |
| | ) Adversary No. 15-02224-mdm |
| National Collegiate Student Loan Trust, | ) |
| Arrowood Indemnity Company, KeyBank | ) |
| National Association, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiffs and Defendant National Collegiate Student Loan Trust that, pursuant to Bankr. R. Civ. P. 7041 and Fed. R. Civ. P. Rule 41(a) (1) (A) (ii), the above-entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, with each side to bear its own fees and costs.

Dated: May 6, 2016

/s/ [signature]
1221 E. Gunn St., Apt. 2
Appleton, WI 54915-2775
Telephone:

/s/ [signature]
1221 E. Gunn St., Apt. 2
Appleton, WI 54915-2775
Telephone:

*Pro se*

/s/ James K. Schultz
James K. Schultz, Esq.
Sessions Fishman Nathan & Israel, LLC
120 South LaSalle Street, Suite 1960
Chicago, Illinois 60603-3651
    Telephone: (312) 578-0990
Facsimile: (312) 578-0991
E-mails: jschultz@sessions.legal

*Attorneys for Defendant,*
*National Collegiate Student Loan Trust*